IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HOSLER, individually** | : | CIVIL ACTION |
| **and on behalf of all others similarly** | : | |
| **situated,** | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 10-3966 |
| | : | |
| **JELD-WEN, INC.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this   **30th**   day of September, 2011, upon consideration of the defendant's motion to dismiss (Document #3), the response of the plaintiff thereto (Document #19), and the defendant's reply (Document #26), it is hereby ORDERED that the motion is GRANTED, and that the plaintiff's complaint is dismissed without prejudice to the plaintiff's ability to correct the deficiencies identified, if possible.

IT IS FURTHER ORDERED that the plaintiff is granted twenty days from the date of this Order to amend his complaint.  Failure to amend within twenty days shall result in a dismissal of all of the plaintiff's claims with prejudice, upon motion of the defendants.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.